UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

UNITED STATES OF AMERICA,

                                                                                 **DECISION AND ORDER**
    v.                                                                         25-CR-172-A

SEAN REED, JR.,

                          Defendant.
_____

       This case was referred (Dkt. No. 1) to Magistrate Judge Jeremiah J. McCarthy to take Defendant Sean Reed, Jr.'s plea of guilty, to conduct an allocution pursuant to Rule 11 of the Federal Rules of Criminal Procedure, and to make a recommendation to this Court whether a plea of guilty should be accepted. On December 18, 2025, Defendant appeared before Magistrate Judge McCarthy; waived his right to prosecution by indictment (Dkt. No. 2); and entered a plea of guilty to a two-count information (Dkt. No. 3) charging him with one count of conspiracy to illegally transport firearms, in violation of 18 U.S.C. § 371, and one count of obtaining controlled substances through fraud, in violation of 21 U.S.C. § 843(a)(3), pursuant to a written plea agreement (Dkt. No. 4).

       Magistrate Judge McCarthy issued a Report and Recommendation (R&R) (Dkt. No. 7) confirming his oral findings that Defendant's plea of guilty was knowing, voluntary, and supported by a factual basis. No timely objections to the Report and Recommendation have been filed. It is hereby

**ORDERED** that, upon review of the waiver of indictment, the information, the plea agreement, the plea transcript (Dkt. No. 11) of the change-of-plea proceeding before the Magistrate Judge, and the R&R, the Court finds that all the requirements of Rule 11 were complied with.  Defendant's waiver of his right to indictment and his plea of guilty were knowing and voluntary, and his plea of guilty was supported by a factual basis.  The Magistrate Judge informed Defendant, who was placed under oath and addressed personally in open court, of Defendant's rights and the trial rights he was waiving should the Court accept his plea of guilty, the nature of the charges to which he was pleading guilty, and any maximum possible penalty, among other requirements listed in the Rule.  The Magistrate Judge determined that Defendant understood the foregoing.  Accordingly, Defendant's plea of guilty is accepted based upon the oral findings of the Magistrate Judge as confirmed in the R&R.

**Sentencing is scheduled for May 26, 2026 at 11:30 am.**  The parties are directed to the Court's forthcoming Text Order for the submission of sentencing documents.

**IT IS SO ORDERED.**


　　　　　　　　　　　　　　　　　　　　　__s/Richard J. Arcara_____
　　　　　　　　　　　　　　　　　　　　　HONORABLE RICHARD J. ARCARA
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT

Dated:  January 15, 2026
　　　　Buffalo, New York